Mary CAMPILII, Plaintiff—Appellant,

v.

Mary RHODES, Charles Rhodes, Sr., Defendants—Appellees.

No. 11–10169.

United States Court of Appeals, Eleventh Circuit.

June 2, 2011.

Larry I. Smith, Thompson & Smith, P.C., Augusta, GA, for Plaintiff-Appellant.

Charles Mayers, Law Offices of Charles Mayers, Augusta, GA, for Defendants–Appellees.

Before HULL and BLACK, Circuit Judges, and HUCK,* District Judge.

PER CURIAM:

After review and oral argument, the Court concludes the Plaintiff–Appellant Mary Campilii has not shown reversible error in the district court's order, dated December 20, 2010, 2010 WL 5313751, granting summary judgment in favor of the Defendants–Appellees Charles Rhodes, Sr. and Mary Rhodes on Plaintiff–Appellant's Complaint.

**AFFIRMED.**

---

* Honorable Paul C. Huck, United States District Judge for the Southern District of Florida, sitting by designation.